To the: Texas Court of Criminal Appeals
Abel Acosta, Clerk
P.O. Box 12308, Capital Station
Austin, Texas - 78711

19,831-03

July 10th 2015

re: Habeas Status check

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 20 2015

Abel Acosta, Clerk

Abel Acosta,

I would like to inquire about the Status

of the Petition for Writ of Habeas Corpus now

pending under the below cause number's:

Court of Criminal Appeals no: WR - 19,831 - 03
Trial Court Case no: WRIT 08309

Thank you,

Mr. Steven W. Quick #1243617
Mark W. Stiles Unit
3060 F.m. 3514
Beaumont, Texas - 77705